# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re:                                  §
                                        §
STEVEN W BERG                           §   Case No. 09-74209
                                        §
           Debtor                       §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/30/2009. The undersigned trustee was appointed on 09/30/2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    10,061.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]         $ | 10,061.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/10/2017 and the deadline for filing governmental claims was 07/10/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,756.10 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,756.10 , for a total compensation of $ 1,756.10 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 13.56 , for total expenses of $ 13.56 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/30/2017                By: /s/BERNARD J. NATALE
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 09-74209 | MB | Judge: | Manuel Barbosa | | Trustee Name: | BERNARD J. NATALE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | STEVEN W BERG | | | | | Date Filed (f) or Converted (c): | 09/30/2009 (f) |
| | | | | | | 341(a) Meeting Date: | 11/05/2009 |
| For Period Ending: | 08/24/2017 | | | | | Claims Bar Date: | 07/10/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 251 Carriage Lane Burnville MN | 285,000.00 | 3,982.00 | | 0.00 | FA |
| 2. 13608 Fernando Ave  Apple Valley MN | 200,000.00 | 0.00 | | 0.00 | FA |
| 3. CASH ON HAND | 35.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT | 400.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS AND FURNISHINGS | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 7. JEWELRY | 50.00 | 0.00 | | 0.00 | FA |
| 8. Computer | 300.00 | 0.00 | | 0.00 | FA |
| 9. Ownership Interest in Anderson Berg Capital (u) | 10,000.00 | 10,000.00 | | 10,061.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $497,585.00 | $13,982.00 | | $10,061.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

CASE REOPENED TO ADMINISTER UNDISCLOSED ASSET.

Initial Projected Date of Final Report (TFR): 06/30/2018       Current Projected Date of Final Report (TFR): 06/30/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 09-74209 | Trustee Name: BERNARD J. NATALE |
| Case Name: STEVEN W BERG | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8897 |
| | Checking |
| Taxpayer ID No: XX-XXX3897 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 08/24/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/17 | 9 | Anderson Berg Capital LLC<br>2817 W 106th Street<br>Bloomington MN 55431-3717 | Compromise<br>10% Interest in Anderson Berg LLC | 1210-000 | $10,061.00 | | $10,061.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $10,061.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,061.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,061.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*         Page Subtotals:                    $10,061.00        $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8897 - Checking | $10,061.00 | $0.00 | $10,061.00 |
|  | $10,061.00 | $0.00 | $10,061.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,061.00 |
| Total Gross Receipts: | $10,061.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 09-74209  
Debtor Name: STEVEN W BERG  
Claims Bar Date: 7/10/2017  

Date: August 24, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $1,756.10 | $1,756.10 |
| TRTEXP 100 2200 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $13.56 | $13.56 |
| ATTYFEES 100 3110 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $3,220.00 | $3,220.00 |
| ATTYEXP 100 3120 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $36.76 | $36.76 |
| 6 270 5700 | Sara Wexler<br>C/O Gary C. Flanders<br>One Court Place Suite 201<br>Rockford, IL 61101 | Priority | | $0.00 | $16,561.44 | $16,561.44 |
| 1 300 7100 | Navient Solutions, Llc.<br>P O Box 9533<br>Wilkes-Barre, PA 18773-9533 | Unsecured | | $0.00 | $2,511.49 | $2,511.49 |
| 2 300 7100 | PYOD LLC/Citiban NA<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $6,589.79 | $6,589.79 |
| 3 300 7100 | T Mobile/T-Mobile Usa Inc<br>By American Infosource Lp As Agent<br>P O Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | | $0.00 | $575.93 | $575.93 |
| 4 300 7100 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>P O Box 9210<br>Des Moines, Ia 50306 | Unsecured | | $0.00 | $8,707.21 | $8,707.21 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 09-74209  
Debtor Name: STEVEN W BERG  
Claims Bar Date: 7/10/2017  

Date: August 24, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5 | Sara Wexler | Unsecured | | $0.00 | $7,592.00 | $7,592.00 |
| 300 | C/O Gary C. Flanders | | | | | |
| 7100 | One Court Place Suite 201 | | | | | |
| | Rockford, IL 61101 | | | | | |
| | Case Totals | | | $0.00 | $47,564.28 | $47,564.28 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2      Printed: August 24, 2017

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-74209
Case Name: STEVEN W BERG
Trustee Name: BERNARD J. NATALE

Balance on hand  $ 10,061.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE | $ 1,756.10 | $ 0.00 | $ 1,756.10 |
| Trustee Expenses: BERNARD J. NATALE | $ 13.56 | $ 0.00 | $ 13.56 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 3,220.00 | $ 0.00 | $ 3,220.00 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 36.76 | $ 0.00 | $ 36.76 |

Total to be paid for chapter 7 administrative expenses  $ 5,026.42

Remaining Balance  $ 5,034.58

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 16,561.44 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Sara Wexler | $ 16,561.44 | $ 0.00 | $ 5,034.58 |
| | Total to be paid to priority creditors | | $ | 5,034.58 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,976.42 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Navient Solutions, Llc. | $ 2,511.49 | $ 0.00 | $ 0.00 |
| 2 | PYOD LLC/Citiban NA | $ 6,589.79 | $ 0.00 | $ 0.00 |
| 3 | T Mobile/T-Mobile Usa Inc | $ 575.93 | $ 0.00 | $ 0.00 |
| 4 | Wells Fargo Bank, N.A. | $ 8,707.21 | $ 0.00 | $ 0.00 |
| 5 | Sara Wexler | $ 7,592.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE