# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re:                           §
                                 §
                                 §
STEVEN W BERG                    §    Case No. 09-74209
                                 §
                                 §
        Debtor                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 485,000.00 *(Without deducting any secured claims)* | Assets Exempt: 2,585.00 |
| Total Distributions to Claimants: 5,034.58 | Claims Discharged Without Payment: 572,745.28 |
| Total Expenses of Administration: 5,026.42 | |

3) Total gross receipts of $ 10,061.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 10,061.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 467,569.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,026.42 | 5,026.42 | 5,026.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 17,732.00 | 16,561.44 | 16,561.44 | 5,034.58 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 49,941.00 | 25,976.42 | 25,976.42 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 535,242.00 | $ 47,564.28 | $ 47,564.28 | $ 10,061.00 |

4) This case was originally filed under chapter 7 on 09/30/2009 . The case was pending for 99 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/07/2017          By:/s/BERNARD J. NATALE, TRUSTEE
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Ownership Interest in Anderson Berg Capital | 1210-000 | 10,061.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,061.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Mortgage Inc PO Box 79022 St. Louis, MO 63179 | | 222,718.00 | NA | NA | 0.00 |
| | Washington Mutual Mortgage 7255 Bay Meadows Way Jacksonville, FL 32256 | | 215,051.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Bank Nv Na Po Box 31557 Billings, MT 59107 | | 29,800.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 467,569.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 1,756.10 | 1,756.10 | 1,756.10 |
| BERNARD J. NATALE | 2200-000 | NA | 13.56 | 13.56 | 13.56 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 3,220.00 | 3,220.00 | 3,220.00 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 36.76 | 36.76 | 36.76 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,026.42 | $ 5,026.42 | $ 5,026.42 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mn Child Sup 444 Lafayette Road Saint Paul, MN 55155 | | 17,732.00 | NA | NA | 0.00 |
| 6 | Sara Wexler | 5700-000 | NA | 16,561.44 | 16,561.44 | 5,034.58 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 17,732.00 | $ 16,561.44 | $ 16,561.44 | $ 5,034.58 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bmw Bank Of North Amer 2735 E Parleys Way Salt Lake City, UT 84109 | | 7,141.00 | NA | NA | 0.00 |
| | CenterPoint Energy PO BOx 4671 Houston, TX 77210 | | 360.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 6,273.00 | NA | NA | 0.00 |
| | Credit Management 4200 International Pwy Carrolton, TX 75007 | | 331.00 | NA | NA | 0.00 |
| | Dell Financial Services 12234 North IH 35 Austin, TX 78753 | | 3,262.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Heart & Vascular Dept 20 1026 PO Box 5940 Carol Stream, IL 60197 | | 30.00 | NA | NA | 0.00 |
| | JC Christensen & Associates PO Box 519 Sauk Rapids, MN 56379 | | 7,319.00 | NA | NA | 0.00 |
| | Northland Counseling Services 7945 Stone Creek Dr Suite 140 Chanhassen, MN 55317 | | 177.00 | NA | NA | 0.00 |
| | Northwestern Medical Faculty 38693 Eagle Way Chicago, IL 60678-1386 | | 500.00 | NA | NA | 0.00 |
| | Ntl Recovery 11000 Central Ave Blaine, MN 55434 | | 210.00 | NA | NA | 0.00 |
| | Qwest PO Box 17360 Denver, CO 80217 | | 121.00 | NA | NA | 0.00 |
| | Receivable Management 240 Emery St Bethlehem, PA 18015 | | 172.00 | NA | NA | 0.00 |
| | Rockford Mercantile 2502 S Alpine Rd Rockford, IL 61108 | | 880.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sallie Mae Po Box 9500 Wilkes Barre, PA 18773 | | 4,424.00 | NA | NA | 0.00 |
| | Sara Schwarz 13608 Fernando Ave Saint Paul, MN 55124 | | 3,500.00 | NA | NA | 0.00 |
| | Security Check Llc 2612 Jackson Ave W Oxford, MS 38655 | | 105.00 | NA | NA | 0.00 |
| | The McGrath Clinic 14400 S John Humphrey Dr SW Orland Park, IL 60462-2638 | | 205.00 | NA | NA | 0.00 |
| | University of Minnesota PO Box 88 Minneapolis, MN 55440 | | 2,965.00 | NA | NA | 0.00 |
| | US Bank 3210 11th Street Rockford, IL 61109 | | 555.00 | NA | NA | 0.00 |
| | Us Bank Hogan Loc Po Box 5227 Cincinnati, OH 45201 | | 525.00 | NA | NA | 0.00 |
| | Us Bank/na Nd 4325 17th Ave S Fargo, ND 58125 | | 2,179.00 | NA | NA | 0.00 |
| | Wells Fargo Card Ser Po Box 5058 Portland, OR 97208 | | 8,707.00 | NA | NA | 0.00 |
| 1 | Navient Solutions, Llc. | 7100-000 | NA | 2,511.49 | 2,511.49 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | PYOD LLC/Citiban NA | 7100-000 | NA | 6,589.79 | 6,589.79 | 0.00 |
| 5 | Sara Wexler | 7100-000 | NA | 7,592.00 | 7,592.00 | 0.00 |
| 3 | T Mobile/T-Mobile Usa Inc | 7100-000 | NA | 575.93 | 575.93 | 0.00 |
| 4 | Wells Fargo Bank, N.A. | 7100-000 | NA | 8,707.21 | 8,707.21 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 49,941.00 | $ 25,976.42 | $ 25,976.42 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 09-74209 | MB | Judge: | Manuel Barbosa | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | STEVEN W BERG | | | | Date Filed (f) or Converted (c): | 09/30/2009 (f) |
| | | | | | 341(a) Meeting Date: | 11/05/2009 |
| For Period Ending: | 11/07/2017 | | | | Claims Bar Date: | 07/10/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 251 Carriage Lane Burnville MN | 285,000.00 | 3,982.00 | | 0.00 | FA |
| 2. 13608 Fernando Ave Apple Valley MN | 200,000.00 | 0.00 | | 0.00 | FA |
| 3. CASH ON HAND | 35.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT | 400.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS AND FURNISHINGS | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 7. JEWELRY | 50.00 | 0.00 | | 0.00 | FA |
| 8. Computer | 300.00 | 0.00 | | 0.00 | FA |
| 9. Ownership Interest in Anderson Berg Capital (u) | 10,000.00 | 10,000.00 | | 10,061.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $497,585.00     $13,982.00     $10,061.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

CASE REOPENED TO ADMINISTER UNDISCLOSED ASSET.


Initial Projected Date of Final Report (TFR): 06/30/2018     Current Projected Date of Final Report (TFR): 06/30/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-74209 | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | STEVEN W BERG | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8897 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3897 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 11/07/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/17 | 9 | Anderson Berg Capital LLC<br>2817 W 106th Street<br>Bloomington MN 55431-3717 | Compromise<br>10% Interest in Anderson Berg LLC | 1210-000 | $10,061.00 | | $10,061.00 |
| 10/16/17 | 1101 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Distribution | | | $1,769.66 | $8,291.34 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. ($1,756.10) | 2100-000 | | | |
| | | BERNARD J. NATALE | Trustee Expenses ($13.56) | 2200-000 | | | |
| 10/16/17 | 1102 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL 61107 | Distribution | | | $3,256.76 | $5,034.58 |
| | | BERNARD J. NATALE LTD | Attorney Fees ($3,220.00) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | Attorney Expenses ($36.76) | 3120-000 | | | |
| 10/16/17 | 1103 | Sara Wexler<br>C/O Gary C. Flanders<br>One Court Place Suite 201<br>Rockford, IL 61101 | Child Support | 5700-000 | | $5,034.58 | $0.00 |

| | COLUMN TOTALS | $10,061.00 | $10,061.00 |
| --- | --- | --- | --- |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $10,061.00 | $10,061.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $10,061.00 | $10,061.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Page Subtotals: $10,061.00 $10,061.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8897 - Checking | $10,061.00 | $10,061.00 | $0.00 |
|  | $10,061.00 | $10,061.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,061.00 |
| Total Gross Receipts: | $10,061.00 |

Page Subtotals:    $0.00    $0.00